27 F.3d 555
 Bekiaris (Antonios A., Lisa L.)
v.
International Cosmetic Laboratories, Inc., Polsenberg (Frank
T.), Yusem (Richard), a/k/a Genyon (Michael), a/k/a (other
names presently unknown), McGowan (Ruthanne), Urai (Judith,
M.D.), for and on Behalf of International Cosmetic
Laboratories, Inc., Urai (Judith, M.D.), International
Cosmetic Laboratories, Inc., Polsenberg (Frank T.), Yusem
(Richard), a/k/a Genyon (Michael), McGowan (Ruthan)
 NOS. 93-5607, 93-5639
 United States Court of Appeals,
Third Circuit.
 May 19, 1994
 
 Appeal From: D.N.J.,
 Parell, J.
 
 
 1
 APPEAL DISMISSED.